IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KAY SIMS, Widow of Michael Sims,
Deceased                                                                        PLAINTIFF

v.                              No. 3:15-cv-44-DPM

MDOW INSURANCE COMPANY                                      DEFENDANT

### ORDER

The Court congratulates the parties on their settlement. The Court regrets that its lack of jurisdiction prevents entering judgment to end this case now. MDOW's removal was belated. 28 U.S.C. § 1446(b). Sims's motion to remand, № 6, is granted. Case remanded to the Circuit Court of Mississippi County, Chickasawba District, which must handle judgment.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2015